**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

KURT PATRICK KRUG,

Plaintiff,

v.

LEXISNEXIS RISK SOLUTIONS INC., d/b/a ACCURINT FOR GOVERNMENT; and DOES 1 TO 10 INCLUSIVE

Defendant.

Case Number:
1:25-cv-04807-JPB-JHR

**JOINT STIPULATION OF NON-OPPOSITION TO MOTION TO AMEND AND TO SET BRIEFING SCHEDULE FOR MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendant LexisNexis Risk Solutions Inc. ("LNRS"), together with Plaintiff Kurt Patrick Krug ("Plaintiff" and together with LNRS the "Parties") file this Stipulation of Non-Opposition to Motion to Amend and Consent Motion to Set Briefing Schedule. In support of this Motion, the Parties state as follows:

1. Plaintiff filed his Complaint on August 25, 2025 against "LexisNexis Risk Solutions Inc. d/b/a Accurint for Government". (Dkt. No. 1).

2. LNRS moved to dismiss Plaintiff's Complaint on November 10, 2025. (Dkt. No. 11). Magistrate Judge Rains issued a Final Report and Recommendation

on July 29, 2026 recommending dismissal of Plaintiff's claims. (Dkt. No. 16, the "R&R"). Plaintiff filed objections to the R&R on August 12, 2026, both objecting to the R&R and stating his intent to amend his Complaint. (Dkt. 18). Plaintiff moved for leave to file an amended complaint on August 18, 2026. (Dkt. No. 25).

3. On August 21, 2026, LNRS moved for an extension of time to respond to both Plaintiff's objections and his motion for leave to amend. (Dkt. 26). In response to LNRS' motion, the Court issued an Order on August 24, 2026 stating it is "inclined to allow Plaintiff to file an amended pleading and to handle any challenges to the merits of Plaintiff's amended complaint on a motion to dismiss."

4. Following the Court's Order, counsel for LNRS and Plaintiff conferred to discuss the most efficient approach to address the R&R and Plaintiff's motion for leave to amend.

5. Subject to the Court's approval, the Parties have agreed to the following:

a. LNRS agrees to not oppose Plaintiff's Motion for Leave to File an Amended Complaint while reserving its right to move to dismiss Plaintiff's Amended Complaint; and

b. The Parties request the Court deem as moot LNRS' Motion to Dismiss (Dkt. No. 11) and thus not require any further responses to the Report and Recommendation.

6. The Parties further request the following briefing schedule for LNRS' impending Motion to Dismiss Plaintiff's Amended Complaint:

a. LNRS' Motion to Dismiss Plaintiff's Amended Complaint will be due October 7, 2026.

b. Plaintiff's Opposition to LNRS' Motion to Dismiss will be due October 28, 2026.

c. LNRS' Reply in Support of its Motion to Dismiss will be due November 18, 2026.

WHEREFORE, the Parties respectfully request that the Court enter an Order granting Plaintiff leave to amend his complaint, denying LNRS' motion to dismiss (Dkt. No. 11) as moot, and adopting the briefing schedule on LNRS' forthcoming motion to dismiss Plaintiff's amended complaint as requested herein.

Dated: September 9, 2026 Respectfully submitted,

/s/ Charles J. Cole
Charles J. Cole
Georgia Bar No. 176704
McRea Bertschi & Cole LLC
1872 Independence Square
Suite D
Duwoody, GA 30338
Telephone: 678.999.1105
Email: cjc@mcraebertschi.com

Joshua E. Kim

/s/ *Cindy D. Hanson*
Cindy D. Hanson
Georgia Bar No. 323920
Troutman Pepper Locke LLP
600 Peachtree Street NE,
Suite 3000
Atlanta, Georgia 30308
Telephone: 404.885.3830
E-mail: cindy.hanson@troutman.com

Ronald I. Raether, Jr.

Admitted pro hac vice
DHG Law, P.C.
2304 Huntington Dr.
Suite 210
San Marino, CA 91108
Telephone: 888.651.6411
Email: joshua@devinfoklaw.com

*Counsel for Plaintiff*

Admitted pro hac vice
Troutman Pepper Locke LLP
100 Spectrum Center Drive
Suite 1500
Irvine, CA 92618
Telephone: 949-622-2700
Email: Ron.Raether@troutman.com

*Counsel for LexisNexis Risk Solutions Inc.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify on the 9th day of September 2026, that the foregoing has been prepared in Times New Roman, 14-point font, and otherwise complies with the requirements of Local Rule 5.1.

*/s/ Ronald I. Raether*
Ronald I. Raether