**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| KURT PATRICK KRUG,<br><br>Plaintiff,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS INC.,<br><br>Defendant. | Case Number:<br>1:25-cv-04807-JPB-JHR |

**[PROPOSED] ORDER**

Before the Court is the Parties' Joint Stipulation of Non-Opposition to Motion to Amend and to Set Briefing Schedule for Motion to Dismiss Plaintiff's Amended Complaint. Dkt. No. 27. Upon due consideration and for good cause shown, the Joint Stipulation is **GRANTED**. Plaintiff's Motion for Leave to Amend is **GRANTED**, LexisNexis Risk Solutions ("LNRS") Motion to Dismiss (Dkt. No. 11) is **DENIED AS MOOT**. LNRS shall have up to and including October 7, 2026 to file its anticipated Motion to Dismiss Plaintiff's Amended Complaint, Plaintiff will have up to and including October 28, 2026 to file its Opposition, and LNRS will have up to and including November 18, 2026, to Reply.

**IT IS SO ORDERED** this ____ day of ________ 2026.

____________________________
Hon. J. P. Boulee
United States District Judge